IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH O. LANEY,

      Plaintiff,

v.                                                  No. CIV-10-0823 LAM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

      Defendant.

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this Final Order under FED. R. CIV. P. 58, **DENYING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 14)*, **AFFIRMING** the decision of the Commissioner, and **DISMISSING** this action with prejudice.

      **IT IS SO ORDERED.**

*/s/ Lourdes A. Martinez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**